1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for MARIO ALBERTO ESPINOZA-GUTIERREZ

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) CASE NO. 08MJ8767
                                      )
11 |          Plaintiff,               )
                                      )
12 | v.                                )
                                      ) **NOTICE OF APPEARANCE**
13 | MARIO ALBERTO                     )
            ESPINOZA-GUTIERREZ,        )
14 |                                   )
                                      )
15 |          Defendant.               )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19 attorney in the above-captioned case.

20                                              Respectfully submitted,

21

22 Dated: August 28, 2008                        /s/ *STEPHEN D. DEMIK*
                                                 Federal Defenders of San Diego, Inc.
23                                               Attorneys for Defendant
                                                 Stephen_Demik@fd.org
24

25

26

27

28

|    |    |
|----|----|
| 1  | **CERTIFICATE OF SERVICE** |
| 2  | Counsel for Defendant certifies that the foregoing is true and accurate to the best |
| 3  | information and belief, and that a copy of the foregoing document has been caused to be delivered this day |
| 4  | upon: |
| 5  | Courtesy Copy to Chambers |
| 6  | Copy to Assistant U.S. Attorney via ECF NEF |
| 7  | Copy to Defendant |
| 8  |    |
| 9  | Dated: August 28, 2008     /s/ STEPHEN D. DEMIK |
| 10 | Federal Defenders of San Diego, Inc. |
| 11 | 225 Broadway, Suite 900 |
| 12 | San Diego, CA 92101-5030 |
|    | (619) 234-8467 (tel) |
|    | (619) 687-2666 (fax) |
|    | Stephen_Demik@fd.org (email) |

2